IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN MILLER, | : | CIVIL ACTION |
|     Petitioner | : | |
| v. | : | |
| | : | |
| STEVEN GLUNT, et al. | : | |
|     Respondents | : | No. 11-1521 |

**<u>O R D E R</u>**

AND NOW, this 28th day of June, 2012, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the Commonwealth's Response, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's objections, I HEREBY ORDER as follows:

1. Petitioner's objections to the Report and Recommendation are OVERRULED.[1]

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED with prejudice.

4. A certificate of appealability is DENIED.

                                                            s/J.William Ditter, Jr.
                                                           J. WILLIAM DITTER, JR., J.

---

[1] Petitioner's Objections to Judge Hey's Report and Recommendation merely restate the issues which Petitioner presented in his habeas petition. As Judge Hey's Report and Recommendation correctly and comprehensively addressed the claims of trial court error presented in Petitioner's habeas petition, Petitioner's objections are overruled.